UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMENIC ROLAK,

Petitioner,

-against-

RICKARD, Warden,

Respondent.

1:26-CV-3766 (LJL)

ORDER TO ANSWER, 28 U.S.C. § 2241

LEWIS J. LIMAN, United States District Judge:

The Court, having examined the petition filed in this action, which Petitioner has brought pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the United States Attorney's Office for the Southern District of New York that this order has been issued.

Within 60 days of the date of this order, the United States Attorney's Office shall file an answer or other response to the petition. Petitioner may file a reply, if any, within 30 days from the date he is served with Respondent's answer or other response.

SO ORDERED.

Dated: August 19, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge