USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DOMENIC ROLAK,

Petitioner,

-v-

E. RICKARD, Warden,

Respondent.

---------------------------------------------------------------------X

26-cv-3766 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Petitioner's letter dated August 20, 2026 inquiring as to the status of his pending petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. Dkt. No. 9. The Court refers Petitioner to the Court's August 19, 2026 Order at Dkt. No. 7, directing the United States Attorney's Office to file an answer or other response to the petition within 60 days. Petitioner may thereafter file a reply, if any, within 30 days from the date he is served with Respondent's answer or other response.

SO ORDERED.

Dated: September 23, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge