RECEIVED
NOV 19 2026
U.S.D.C.
W.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DOMENIC ROLAK, | ) | PLAINTIFF |
| | ) | |
| VS. | ) | CASE NO.: 26-cv-3766 (LJL) |
| | ) | |
| E. RICKARD, | ) | RESPONDENT |

MOTION REQUESTING THIRTY (30) DAY
EXTENSION OF TIME IN WHICH TO SUBMIT
OBJECTIONS TO THE RESPONDENT'S MEMORANDUM OF
LAW IN OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW the Plaintiff, Domenic Rolak, Pro Se, (hereinafter ("Plaintiff") and hereby requests a thirty (30) day extension of time until December 8, 2026, in which to submit a meritorious brief challenging the contents of the Memorandum of Law submitted by the Respondent and received by the Plaintiff on November 4, 2026. The thirty (30) day extension of time is necessary to conduct meaningful research at the FCI Otisville law library. Additionally, the law library is often closed due to inclement weather, inmate disturbances, training, holidays, etc.

Done this 8th day of November, 2026.

FILED
U.S. DISTRICT COURT
2026 NOV 19 PM 4:27
S.D. OF N.Y.W.P.

The requested extension is GRANTED until December 8, 2026. The Clerk of Court is respectfully requested to mail a copy of this Order to Petitioner at the address listed on the docket.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 23, 2026

Respectfully submitted,

DOMENIC ROLAK, PRO SE
REG.NO. 08870-509
FCI OTISVILLE
OTISVILLE, NY 10963